UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Essex County House of Correction, 20 Manning Ave, Middleton, MA

YOU ARE COMMANDED to have the body of   RASHID SPARKS (YOB 1992 last 4 of SS# 1854)   now in your custody, before the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Massachusetts via ZOOM on October 21, 2021, at   11:00   a.m. for the purpose of an Initial Appearance the case of UNITED STATES OF AMERICA V. Rashid Sparks, MJ Number   21-2644-MBB

And you are to retain the body of said   Rashid Sparks   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Rashid Sparks   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein. Dated this 19th   day of October , 2021.


 Marianne B. Bowler
MAGISTRATE JUDGE

                                            ROBERT FARRELL, CLERK

                                            By: /s/ Lisa Belpedio
                   SEAL              Lisa Belpedio, Deputy Clerk